# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-00239-AG (JDEx) | Date | February 22, 2019 |
|---|---|---|---|
| Title | The Authentic Entrepreneur, LLC, et al v. Lions Not Sheep Apparel, LLC, et al | | |

Present: The Honorable    ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**


    The Court, having been advised that this action has been resolved by a Stipulation for Dismissal [42], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.


                                                  _____ : _____

Initials of Deputy Clerk    mku